FILED
NOV 13 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 07CR 3087-PMS |
| Plaintiff, | I N F O R M A T I O N |
| v. | Title 8, U.S.C., Secs. 1324(a)(1)(A)(iv) and (v)(II) - Inducing and Encouraging Illegal Aliens to Enter the United States and Aiding and Abetting |
| BLANCA ESTELLA GARCIA (1) LONI ROSE ROMERO (2), | |
| Defendants. | |

The United States Attorney charges:

On or about October 18, 2007, within the Southern District of California, defendants BLANCA ESTELLA GARCIA and LONI ROSE ROMERO, with the intent to violate the immigration laws of the United States, did encourage and induce an alien, namely, Jose Valdez-Santoyo, to come to, enter and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry and residence in the United States is and will be in violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iv) and (v)(II).

DATED: 11/13/07.

KAREN P. HEWITT
United States Attorney

for DAVID D. LESHNER
Assistant U.S. Attorney

DDL:rp:San Diego
11/1/07