AO 455 (Rev. 5/85) Waiver of Indictment



# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| BLANCA ESTELLA GARCIA (1) | CASE NUMBER: 07CR3087-DMS |

I, BLANCA ESTELLA GARCIA, the above-named defendant, who is accused of committing the following offenses:

Inducing and Encouraging Illegal Aliens to Enter and Aiding and Abetting, on or about October 18, 2007, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv) and (v)(II) (Felony).

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on __11/13/07__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Blanca E Garcia_
Defendant

_____
Defense Counsel for

Before _Barbara L Major_
Judicial Officer

FILED

NOV 1 3 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _MB_ DEPUTY