**FILED**

DEC - 4 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                    DEPUTY

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of<br>Substitution of Counsel,<br><br>ROBERT H. REXRODE, III, Esq.<br>_____ | )<br>)<br>)  **ORDER**<br>)  **FOR SUBSTITUTION OF COUNSEL**<br>)  **AND NOTICE OF APPEARANCE**<br>)<br>) |

**IT IS HEREBY ORDERED** that Robert H. Rexrode, III, upon her departure from Federal Defenders of San Diego, Inc., and entering into private practice at 427 West C Street, Suite 300, San Diego, California, 92101, Phone (619) 233-3169, Fax (619) 330-4521, Email *robert_rexrode@rexrodelawoffices.com* be substituted as appointed counsel and that Federal Defenders be relieved in the following cases as listed in the attached, effective after November 30, 2007.

**SO ORDERED.**

DATE: December 4, 2007

HONORABLE IRMA E. GONZALEZ
Chief Judge, United States District Court
Southern District of California

## CASES TRANSFERRED FROM FEDERAL DEFENDERS OF SAN DIEGO, INC., TO ROBERT H. REXRODE, III, ESQ., CALIFORNIA BAR NO. 230024 AS APPOINTED COUNSEL OF RECORD EFFECTIVE AFTER DECEMBER 1, 2007

### UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

| CASE NAME | CASE NO. | NEXT COURT DATE | | JUDGE |
|---|---|---|---|---|
| U.S. v. Mario Barron-Galvan | 07cr3173-H | 12/18/07 | PLEA | MLH |
| U.S. v. Perla Masiel Leon-Estrada | 07cr3087-DMS | | | |
| U.S. v. Blanca Estrella Garcia | 07mj2511-01 | 02/15/08 | SENT | DMS |
| U.S. v. Neri Isidro Carrasco | 07cr3007-L | 12/03/07 | MHTS | MJL |
| U.S. v. Virgilio A. Medina | 01cr2051-W | 12/03/07 | OSC | TJW |
| U.S. v. Mark Alan Neel | 07mj2653-02 | 12/13/07 | PE | NLS |
| U.S. v. William Thomas Aston | 06cr1683-WQH-01 | | | |
| U.S. v. Janet Gonzalez | 07mj2669 | 12/13/07 | PE | NLS |
| U.S. v. Miguel Angel Garcia-Duarte | 07mj2671 | 12/13/07 | PE | NLS |
| U.S. V. Carmelo Beas-Hernandez | 07cr2098-LAB-01 | 12/11/07 | OSC | LSP |
| U.S. v. Richard W. Gearhart | 07mj2680 | 12/04/07 | PE | NLS |
| U.S. v. Noe Antonio Enriquez | 07cr2436-BTM | 02/08/08 | SENT | BTM |
| U.S. v. Liborio Calixto-Castro | 07cr2555-DMS | 01/11/08 | SENT | DMS |
| U.S. v. Yvonne Ann Martinez | 07mj2688 | 12/04/07 | PE | JMA |
| U.S. v. Miguel Cedeno-Martinez | 07mj2658-01 | 12/13/07 | PE | NLS |
| U.S. v. Jose Baudlio Gastelum, Jr. | 07mj8932 | 12/04/07 | PE | PCL |
| U.S. v. Luis Juan Conchas | 07cr0898-LAB | 01/28/08 | SENT | LAB |
| U.S. v. Ivan Oliver George | 07cr0204-JAH | 03/03/08 | MTN | JAH |
| U.S. v. Javier Soto-Castro | 07mj8945 | 12/06/07 | PE | PCL |
| U.S. v. Julio Hernandez-Morales | 07cr2716-W | 01/15/08 | SENT | TJW |
| U.S. v. Eduardo Hernandez-Bahena | 07cr2674-DMS | | | DMS |
| U.S. v. Eduardo Hernandez-Bahena | 07cr2871-DMS | 01/18/08 | MHTS | DMS |
| U.S. v. Larry Duane Hoze | 06cr2279-BEN-01 | 01/22/08 | OSC | BEN |
| U.S. v. Larry Duane Hoze | 07cr2285-BEN | 01/22/08 | SENT | BEN |

1

| Case Name | Case No. | Date | Status | Judge |
|---|---|---|---|---|
| U.S. v. Javier De La Cruz-Medina | 07cr0272-DMS | 12/14/07 | SENT | DMS |
| U.S. v. Fidel Landa-Sanchez | 07cr1438-H | 12/03/07 | SENT | MLH |
| U.S. v. Carlos Estrada-Jimenez | 07cr3209-JLS | 12/21/07 | MHTS | JLS |
| U.S. v. Kevin Tod Frazier | 07cr1960-DMS | 12/21/07 | SENT | DMS |

### UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
### SOUTHERN DISTRICT CASES ON APPEAL

| CASE NAME | CASE NOS. | STATUS |
|---|---|---|
| U.S. v. Lamont Craig Biggs | 07-50490, 02cr0597-GT | Opening Brief due 1/29/08 |

*End of District Court Cases on Appeal*

2