Neil R. Trop
Law Offices of Neil R. Trop
1991 Village Park Way, Ste. 160
Encinitas, CA 92024
(760) 634-1295
neiltroplaw@hotmail.com

FILED
07 DEC 12 PM 4:05
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE BARBARA L. MAJOR)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> BLANCA ESTELLA GARCIA, et al., ) <br> ) <br> Defendants. ) | Case No.: 07CR3087DMS <br><br> **ORDER TO EXONERATE BOND FOR MATERIAL WITNESS JOSE VALDEZ-SANTOYO AND TO DISBURSE FUNDS** |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the Material Witness Appearance Bond filed on behalf of Material Witness Jose Valdez-Santoyo by the surety, Roberto Cedeno-Duran, be exonerated. The $500.00 deposit being held in the Registry of the Court in the above entitled case on behalf of Material Witness Jose Valdez-Santoyo is to be released to the surety, Roberto Cedeno-Duran, at 2960 S. Greenville Street, Apt. C, Santa Ana, CA 92704.

**IT IS SO ORDERED:**

DATE: 12/11/07             _____
                            MAGISTRATE JUDGE OF THE UNITED STATES
                            DISTRICT COURT